IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA OLSEN, *an individual, and* KALEA WOODS, *an individual,*<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM "RICK" SINGER, THE KEY WORLDWIDE FOUNDATION, THE EDGE COLLEGE & CAREER NETWORK, LLC, d/b/a "THE KEY," THE UNIVERSITY OF SOUTHERN CALIFORNIA, STANFORD UNIVERSITY, UNIVERSITY OF CALIFORNIA LOS ANGELES, THE UNIVERSITY OF SAN DIEGO, THE UNIVERSITY OF TEXAS AT AUSTIN, WAKE FOREST UNIVERSITY, YALE UNIVERSITY, and GEORGETOWN UNIVERSITY,<br><br>Defendants. | Case No.: 3:19-cv-01351<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

The undersigned counsel enters their appearance for Plaintiff Kalea Woods.

Respectfully Submitted,

THE MEDLER LAW FIRM, APC

**/s/ John F. Medler, Jr., Esq**. SBN: 266474
2030 Main Street Suite 1300
Irvine, CA 92614
Tel: (949)-260-4940
Fax: (949)-260-4944
john@medlerlawfirm.com

| | |
|---|---|
| 1 | ZIMMERMAN REED LLP |
| 2 | **David M. Cialkowski*** |
| 3 | david.cialkowski@zimmreed.com |
| | **Brian C. Gudmundson*** |
| 4 | brian.gudmundson@zimmreed.com |
| | 1100 IDS Center, 80 South 8th Street |
| 5 | Minneapolis, MN 55402 |
| 6 | Telephone: (612) 341-0400 |
| | Facsimile: (612) 341-0844 |
| 7 | |
| 8 | ZIMMERMAN REED LLP |
| 9 | **/s/ Caleb Marker** |
| | Caleb Marker (SBN 269721) |
| 10 | caleb.marker@zimmreed.com |
| | 2381 Rosecrans Avenue, Suite 328 |
| 11 | Manhattan Beach, CA 90245 |
| 12 | Telephone: (877) 500-8780 |
| | Facsimile: (877) 500-8781 |
| 13 | |
| | *subject to admission pro hac vice* |

- 2 -NOTICE OF APPEARANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -NOTICE OF APPEARANCE