1  John F. Medler, Jr. (SBN 266474)
   THE MEDLER LAW FIRM, APC
2  2030 Main Street Suite 1300
   Irvine, CA 92614
3  Telephone: (949)-260-4940
4  Facsimile: (949)-260-4944
   Email: john@medlerlawfirm.com
5
6  *Attorneys for Plaintiff and the Proposed Class*
   *Additional counsel on signature page*
7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 KERI FIDELAK, LAUREN FIDELAK, TYLER ) Case No.: 3:19-cv-01351
11 BENDIS, JULIA BENDIS, KALEA WOODS,   )
   JAMES JOHNSON and NICHOLAS JAMES     )
12 JOHNSON,                             )
                                        ) **NOTICE OF VOLUNTARY DISMISSAL**
13               Plaintiffs,            ) **WITHOUT PREJUDICE**
                                        )
14 vs.                                  )
                                        )
15                                      )
   WILLIAM "RICK" SINGER, THE KEY       )
16 WORLDWIDE FOUNDATION, THE EDGE       )
   COLLEGE & CAREER NETWORK, LLC,       )
17 d/b/a "THE KEY," THE UNIVERSITY OF   )
   SOUTHERN CALIFORNIA, STANFORD        )
18 UNIVERSITY, UNIVERSITY OF            )
   CALIFORNIA LOS ANGELES, THE          )
19 UNIVERSITY OF SAN DIEGO, THE         )
   UNIVERSITY OF TEXAS AT AUSTIN,       )
20 WAKE FOREST UNIVERSITY, YALE         )
21 UNIVERSITY, and GEORGETOWN           )
   UNIVERSITY,                          )
22                                      )
                                        )
23               Defendants.            )

24
25
26
27
28

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Keri Fidelak, Lauren Fidelak, Tyler Bendis, Julia Bendis, Kalea Woods, James Johnson, and Nicholas James Johnson dismiss this action without prejudice.

Dated this 15th day of March, 2019                Respectfully Submitted,

**THE MEDLER LAW FIRM, APC**

/s/ John F. Medler, Jr.
John F. Medler, Jr. (SBN: 266474)
2030 Main Street Suite 1300
Irvine, CA 92614
Telephone: (949)-260-4940
Facsimile: (949)-260-4944
Email: john@medlerlawfirm.com


**ZIMMERMAN REED LLP**

/s/ Caleb Marker
Caleb Marker (SBN 269721)
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
Email: caleb.marker@zimmreed.com


*Attorneys for Plaintiff and the Proposed Class*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**